UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALI-MOHAMED KIDUDU, | ) | CV 08-6555-SGL(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| A. NEIL CLARK, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: 11-10-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE